PER CURIAM.
AFFIRMED on the authority of (1) State v. Williams, 576 So.2d 281 (Fla.1991); (2) Lipscomb v. State, 573 So.2d 429 (Fla. 5th DCA 1991) (en banc); (3) Adams v. State, 577 So.2d 963 (Fla. 5th DCA 1991), on rehearing (1991); Flowers v. State, 567 So.2d 1055 (Fla. 5th DCA 1990); Jackson v. State, 569 So.2d 527 (Fla. 5th DCA 1990), rev. granted, 577 So.2d 1326 (Fla.1991); Jones v. State, 569 So.2d 530 (Fla. 5th DCA 1990), rev. granted, 577 So.2d 1327 (Fla. 1991); Graham v. State, 569 So.2d 530 (Fla. 5th DCA 1990), rev. granted, 577 So.2d 1326 (Fla.1991); Znajmiecki v. State, 569 So.2d 531 (Fla. 5th DCA 1990), rev. granted, 577 So.2d 1331 (Fla.1991); Walker v. State, 546 So.2d 764 (Fla. 5th DCA 1989); Accord Carter v. State, 571 So.2d 520 (Fla. 4th DCA 1990). Contra Cabrera v. State, 576 So.2d 1358 (Fla. 3d DCA 1991); Sellers v. State, 578 So.2d 339 (Fla. 1st DCA 1991); Lewis v. State, 574 So.2d 245 (Fla. 2d DCA 1991); Scott v. State, 574 So.2d 247 (Fla. 2d DCA 1991); Worley v. State, 573 So.2d 1023 (Fla. 2d DCA 1991).
W. SHARP, COWART and PETERSON, JJ., concur.